IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__KRISTOFFER RUTLEDGE_____, Plaintiff

v.

__DEPUTY (UNKNOWN NAME) IN PROPERTY__
__EL PASO COUNTY SHERIFF_____,

__MEGAN__
__MEDICAL PRACTITIONER (UNKNOWN NAME)__
__VITAL CARE HEALTH STRATEGIES_____,

__MEDICAL PRACTITIONER (UNKNOWN NAME)__
__VITAL CARE HEALTH STRATEGIES_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
__X__ Yes ____ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

KRISTOFFER RUTLEDGE, CJC#A00162406, 2739 E. LAS VEGAS COLO SPR CO 80906
(Name, prisoner identification number, and complete mailing address)

KRIS RUTLEDGE
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: (UNKNOWN NAME) FEMALE ATTENDANT AT FRONT WINDOW
EL PASO COUNTY SHERRIFF DEPUTY ASSIGNED TO PROPERTY
(Name, job title, and complete mailing address)

2739 E. LAS VEGAS ST COLO SPR CO 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✗ Yes ___ No *(check one)*. Briefly explain:

DEPUTY SHERRIFF Assigned to PROPERTY Room
Recieving and Release of pROPERTY

Defendant 1 is being sued in his/her ✗ individual and/or ✗ (KSR) official capacity.

2

Defendant 2: __MEGAN? MEDICAL CART HEALCARE ATTENDANT, NIGHT SHIFT (UNKNOWN NAME) VITAL CARE HEALTH STRATEGIES__
(Name, job title, and complete mailing address)

__2739 E LAS VEGAS ST COLORADO SPR CO 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (check one). Briefly explain:

__MEDICAL CART HEALTHCARE PHARMISUTICAL TECH. WORKING NIGHT SHIFT__

Defendant 2 is being sued in his/her _X_ individual and/or ___ official capacity.

Defendant 3: __MEDICAL HEALTH CARE PRACTIONER (UNKNOWN NAME) VITAL HEALTH CARE STRATEGIES__
(Name, job title, and complete mailing address)

__2739 E LAS VEGAS ST COLORADO SPRINGS CO 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (check one). Briefly explain:

__MEDICAL WORKER RESPONDING TO KITES AND GRIEVANCES__

Defendant 3 is being sued in his/her _X_ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  State/Local Official (42 U.S.C. § 1983)

___  Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___  Other: *(please identify)* _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **DELIBERATE INDIFFERANCE**

Claim one is asserted against these Defendant(s):
1. DEPUTY SHERRIF OF EL PASO COUNTY PROPERTY WINDOW ATTENDANT (UNKNOWN NAME)
2. MEGAN, MEDICAL CART HEALTHCARE ATTENDANT, VITAL CARE HEALTH STRATEGIES
3. MEDICAL HEALTH PRACTITIONER, VITAL CARE HEALTH STRATEGIES (UNKNOWN NAME)

Supporting facts:

1. JANUARY 31 2023; PLAINTIFF WAS DETAINED IN EL PASO COUNTY JAIL WITH PRESCRIPTION GLASSES TO PREVENT STRAIN FROM FLOURESCENT LIGHTING AND "BLUE LIGHT."

2. OCTOBER 15 2023; OR APROXIMATE, PLAINTIFFS WIFE ATTEMPTED TO DROP OFF REPLACEMENT GLASSES AND PICKED UP PLAINTIFFS BROKEN GLASSES. DEFENDANT 1 SUED REJECTING NEW GLASSES INTO PLAINTIFFS PROPERTY, AS THE DEPUTY IN PROPERTY INTAKE.

3. NOVEMBER 2 2023; PLAINTIFF KITED DEFENDANT 1 TO BE INFORMED TO CONTACT MEDICAL

4. NOVEMBER 3 2023; PLAINTIFF SUBMITTED ROI, WITHOUT RECEIPT, UNDER INSTRUCTION OF THE MEDICAL CART ATTENDANT, DEFENDANT 2.

5. NOVEMBER 23 2023 PLAINTIFF KITED MEDICAL REQUESTING GLASSES FROM DEFENDANT 3. DEFENDANT 3 RESPONDED TO LOOK INTO THE MATTER WITHOUT ANY FURTHER RESOLVE.

6. JANUARY 20 2024; OR APPROXIMATE, PLAINTIFF'S WIFE ATTEMPTED TO DROP OFF GLASSES AGAIN WITH DEFENDANT 1

7. MARCH 1 2024; PLAINTIFF SUBMITTED AN ADDITIONAL ROI WITH NO RECEIPT OR RESPONCE

8. MAY 12 2024; PLAINTIFF KITES DEFFENDANT 3 TO FOLLOW UP WITH ROI. DEFENDANT REPLIES NO ROI HAS BEEN SUBMITED

9. MAY 21 2024; PLAINTIFF FILED AN ADMINISTRATIVE GRIEVANCE NEVER TO RECIVE A REPLY. (GRIEVANCE # 70164)

10. PLAINTIFF HAS EXHAUSTED ADMINISTRATIVE GRIEVANCE PROCESS AND SUFFERED HEADACHES CONSISTANTLY AS OCCASIONAL MIGRAINS.

4

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): FRANK + MARTHA VITAL CARE HEALTHCARE STATEC YES

Docket number and court: N/A

Claims raised: MENTAL HEALTH DELIBERATE INDIFFERANCE

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) PENDING

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    _X_ Yes ___ No (*check one*)

5

## G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) Jury
2) Damages
3) Punitive Damages
4) Compensentory Damages
5) Injunction to stop further harm
6) Attorney Fees
7) Court Cost / Interest
8) Any Other Remedy The Court Sees Proper

## H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6/13/24
_____
(Date)

(Revised November 2022)

KRISTOFFER RUTLEDGE
CSCH A0#1834062
CRIMINAL JUSTICE CENTER
2739 E. LAS VEGAS ST.
COLORADO SPRINGS CO
80906

LEGAL MAIL

DENVER CO 802
17 JUN 2024 PM 3 L

80294-250151

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A ARAJ COURTHOUSE
901 19th ST ROOM A105
DENVER CO 80294-3589

